```
FILED
July 16, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,            ) <br> v.            ) <br> ) <br> DANIEL JAMES ROGERS,            ) <br> ) <br> Defendant.            ) | Case No. MAG. 09-0225-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL JAMES ROGERS, Case No. MAG. 09-0225-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $10,000.00.

    _X_  Unsecured Appearance Bond

    ___  Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/16/09 at 2:20pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge